UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEFFREY S. GUDES,

     Plaintiff,                                                   Case No. 3:22-cv-341

vs.

WILSON HEALTH, *et al*.,                                   District Judge Michael J. Newman
                                                        Magistrate Judge Caroline H. Gentry

     Defendants.

---

### ORDER: (1) CONDITIONALLY DISMISSING CASE WITHOUT PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET

---

Pursuant to the parties' joint settlement notice (Doc. No. 26) and Fed. R. Civ. P. 41, this case is **CONDITIONALLY DISMISSED WITHOUT PREJUDICE** subject to submission of a stipulation, and **TERMINATED** on the docket provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

     **IT IS SO ORDERED.**

October 8, 2024                                         s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                             United States District Judge