**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **Jeffrey S. Gudes, D.O.,** | : | |
| Plaintiff, | : | Case No. 3:22-cv-00341 |
| vs. | : | Judge Newman |
| **Wilson Health, et al.,** | : | Magistrate Judge Gentry |
| Defendants. | : | |

## STIPULATED JUDGMENT AND DISMISSAL ENTRY

Upon the parties' stipulation, the Court finds and enters judgment as follows:

1. On November 20 2021, Plaintiff Jeffrey S. Gudes, D.O., gave notice of his resignation from the medical staff at Wilson Memorial Hospital with an effective date of January 31, 2022.

2. On or about January 24, 2022, the Wilson Memorial Hospital Medical Executive Committee sent Dr. Gudes notice that it had determined to commence a formal corrective action investigation of his conduct.  The investigation was commenced at the request of the Multidisciplinary Peer Review Committee after it reviewed two cases concerning Dr. Gudes on January 20, 2022.

3. Dr. Gudes's resignation from the medical staff at Wilson Memorial Hospital became effective January 31, 2022.

4. Subsequently, the Medical Executive Committee did not complete any corrective action investigation of Dr. Gudes and did not reach or announce any findings.  It considered the investigation moot after Dr. Gudes's resignation became effective on January 31, 2022.

5. The Court makes no findings in favor or against any party as any claims or defenses in this case. At the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and attorney fees.

6. This Court retains jurisdiction to enforce this judgment and any settlement agreement between the parties arising from this case.

**IT IS SO ORDERED.**

Dated: 4/8/25

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

*Stipulated:*

/s/ Barton R. Keyes
Counsel for Plaintiff


/s/ Daivd M. Dirr *(per email auth.)*
Counsel for Defendants